UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br><br>　　　　　Defendant. | Case No.  20-cv-06731-VC<br><br>**ORDER GRANTING AS MODIFIED MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND ADMINISTRATIVE RECORD**<br><br>Re: Dkt. No. 8 |

The request for a 90-day extension of the deadline to file the certified electronic administrative record and answer is denied. A 60-day extension will be granted. It's worth emphasizing, however, that the Commissioner bears responsibility for compiling and filing these records in a timely manner, even during a pandemic. The cost of delay is too great for the claimants involved in these cases. Accordingly, no further extensions of this deadline will be granted.

**IT IS SO ORDERED.**

Dated: January 7, 2020

VINCE CHHABRIA
United States District Judge