STEPHANIE HINDS
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8946
    Facsimile:  (415) 744-0134
    E-Mail: annabelle.yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE ROBINSON,<br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br>    Defendant. | CIVIL NO 3:20-cv-06731-VC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR VOLUNTARY**<br>**REMAND PURSUANT TO**<br>**SENTENCE FOUR OF 42 U.S.C.**<br>**§ 405(g)** |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of this Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case for further administrative action pursuant to *sentence four* of 42 U.S.C. § 405(g).

    Upon remand, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) and instruct him or her to further evaluate Plaintiff's subjective symptom testimony.  If warranted, the ALJ will then take any further action deemed necessary to develop the record and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

DATE: March 5, 2021

/s/ *Caroline Alegre*\*
CAROLINE ALEGRE
\*authorized by e-mail on Mar. 4, 2021
Attorney for Plaintiff

Dated: March 5, 2021

STEPHANIE HINDS
Acting United States Attorney

By: *Annabelle J. Yang*
ANNABELLE J. YANG
Special Assistant United States Attorney

**ORDER**

APPROVED AND SO ORDERED.

DATED: March 5, 2021  _____

VINCE ~~CHHABRIA~~
UNITED ~~STATES DISTRICT JUDGE~~

APPROVED
Judge Vince Chhabria